## Commonwealth ex rel. Sennett *v.* Dunbar Township et al., Appellants.

Argued October 6, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Joseph P. Matuschak,* for appellants.

*Carl L. Mease,* Assistant Attorney General, with him *William M. Gross,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for appellee.

OPINION PER CURIAM, March 20, 1970:

Judgment affirmed on authority of *Commonwealth ex rel. Alessandroni v. Confluence Borough,* 427 Pa. 540, 234 A. 2d 852 (1967). Costs on appellants.

Mr. Chief Justice BELL and Mr. Justice ROBERTS dissent.